No. 75–1354. TRANS WORLD AIRLINES, INC. *v.* DAY ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–1447. BERGER, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK *v.* AITCHISON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–101. DEMOCRATIC NATIONAL COMMITTEE *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 76–205. CHISHOLM ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 76–470. SOCIALIST WORKERS PARTY ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Motion to expedite consideration with Nos. 76–101 and 76–205, immediately *supra,* granted. Certiorari denied.

No. 76–5080. MILLER *v.* SEARS, ROEBUCK & CO. ET AL. Sup. Ct. Okla. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 74–6065. SELMAN *v.* LOUISIANA, 428 U. S. 906;
No. 75–5844. ROBERTS *v.* LOUISIANA, 428 U. S. 325;
No. 75–6067. WATTS *v.* LOUISIANA, 428 U. S. 906; and
No. 75–6123. WASHINGTON *v.* LOUISIANA, 428 U. S. 906. Petition for rehearing denied.

OCTOBER 18, 1976

No. 75–6429. THOMPSON *v.* HENSLEY, DISTRICT ATTORNEY, NINTH JUDICIAL DISTRICT OF NEW MEXICO, ET AL.